IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDWIN E. WHITE,                           ) | |
|     Plaintiff,                                  ) | |
|                                                         ) | |
| vs.                                                  ) | CIVIL ACTION 16-407-KD-M |
|                                                         ) | |
| SHERIFF SAM COCHRAN,             ) | |
|     Defendant.                              ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made (Doc. 15), the Report and Recommendation of the Magistrate Judge, made under 28 U.S.C. § 636(b)(1)(B) and dated October 17, 2016 (Doc. 14), is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be dismissed without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

**DONE** and **ORDERED** this **18**th day of **November 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**