IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **EDWIN E. WHITE #0256955,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION 16-00407-KD-M** |
| ) | |
| **SHERIFF SAM COCHRAN,** ) | |
| Defendant. ) | |

**ORDER**

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 20, 2018, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the White's motions to amend (Docs. 40, 41) are **DENIED.**

Upon consideration however, it is **ORDERED** that White is **GRANTED LEAVE** to, on or before **October 2, 2018,** re-file a motion to amend the Complaint, to correct the deficiencies set forth in the Report and Recommendation (Doc. 49).

The Clerk of the Court is **DIRECTED** to mail a copy of this order to White at the current address he has provided to the Court: 2451 Gulf Terra Drive North, Mobile, AL, 36605.

**DONE** and **ORDERED** this the **12th** day of **September 2018**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**