IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDWIN E. WHITE, #0256955,<br>    Plaintiff, | :<br>:<br>: |
| v. | :<br>: CIVIL ACTION 1:16-00407-KD-MU |
| SHERIFF SAM COCHRAN,<br>    Defendant. | :<br>:<br>: |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation dated October 4, 2019 is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this case is **DISMISSED without prejudice** for failure to prosecute and to follow the Court's Orders.

**DONE** and **ORDERED** this the **21st** day of **October 2019.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**